NO. 07-04-0351-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



AUGUST 18, 2004



______________________________




ALCARIO ANDREW ARELLANO, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;



NO. 45,922-E; HONORABLE ABE LOPEZ, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Alcario Andrew Arellano, appearing pro se in this appeal, filed a
Withdrawal of Notice of Appeal on July 29, 2004, signed by appellant. 


 Accordingly, without passing on the merits, we dismiss this appeal pursuant to Tex.
R. App. P. 42.2(a). Having dismissed the appeal at appellant's personal request, no
motion for rehearing will be entertained and our mandate will issue forthwith. 


 Phil Johnson

 Chief Justice




Do not publish.



sed if a certification that shows that the defendant has a right of appeal has not been
made part of the record).

 Accordingly, the appeal is dismissed.


 James T. Campbell

 Justice



Do not publish.